NO.
12-06-00045-CV

IN
THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER,
TEXAS

§          

 

IN RE: WILLIS FLOYD
WILEY,    §          ORIGINAL PROCEEDING

RELATOR

§          

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 

 



MEMORANDUM OPINION








            Relator
Willis Floyd Wiley seeks a writ of mandamus requiring the Honorable James N.
Parsons, III, Judge of the 3rd Judicial District Court, Anderson County, Texas,
to dismiss cause number 28,322 in which Wiley was reindicted for possession of
a prohibited substance in a penal institution. 
Based on the record before us, we conclude that Wiley has not shown
himself entitled to the relief requested. 
See Tex. R. App. P. 52.8(a);
State ex rel. Hill v. Fifth Court of Appeals, 34 S.W.3d 924, 927
(Tex. Crim. App. 2000).  According, the
petition for writ of mandamus is  denied.  Wiley’s motion that this Court request any
portions of the trial court record necessary for review of his petition is also
denied.

 

                                                                                                     DIANE DeVASTO    

                                                                                                               Justice

 

Opinion delivered February
28, 2006.

 

Panel consisted of Worthen, C.J., Griffith, J. and
DeVasto, J.

 

 

 

(PUBLISH)